■ In the Matter of the Claim of SOLOMON GOSTINSKY (Deceased), Respondent, against DIAMOND BAKER SHOP et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before April 19, 1960 and are ready for argument at the May Term of this court, in which event the motion is denied. Appellants' attention is called to section 23 of the Workmen's Compensation Law as amended by chapter 974 of the Laws of 1958. Present — Bergan, P. J. Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Construction of the Will of GEORGE PHOENIX, Deceased.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before April 19, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Motion to add the appeal to the calendar for the March Term denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ CHATSWORTH EQUITIES, INC., Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ JAMES OLIVER, Plaintiff, v. DEPARTMENT OF TAXATION AND FINANCE, Defendant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion, in all other respects, denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of PABLO HERNANDEZ, Appellant, against HOTEL WARWICK et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL H. SATTERFIELD, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to appeal as a poor person and for assignment of counsel. Motion denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOHN KRASKA, Respondent, against LORD & TAYLOR, Appellant.— Motion by appellant for the appointment of an attorney and counselor at law to represent claimant-respondent on this appeal pursuant to section 538 (subd. 1, pars. [d], [e]) of the Labor Law. Motion granted and Robert L. Harder, Esq., 90 State Street, Albany 7, New York, is hereby appointed as attorney for such claimant-respondent. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ FRED L. PEPIN, Appellant, v. FIELD HOME, INC., Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves record and brief on or before April 19, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of HELEN OLIN, Respondent, against CUSTODIS CONSTRUCTION Co., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue and file and serve record and brief on or before April 19, 1960 and are ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.